**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7537**

JAMES A. BUTLER,

                    Plaintiff – Appellant,

          v.

MOUBARAK, Clinical Director; S. DEWALT, Warden; WILLIAMS,
Nurse; ELAYAN, Health Ser. Administrator; JOHN DOES; JANE
DOES, and AW's; BLOCKER; SERRANO, Clinical Director, Sued
in their individual & official capacity,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:07-cv-00463-WMN)

Submitted:  June 16, 2011          Decided:  June 20, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James A. Butler, Appellant Pro Se. Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Butler appeals the district court's orders denying relief and reconsideration on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Butler v. Moubarak, No. 1:07-cv-00463-WMN (D. Md. Sept. 21, 2009 & Sept. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED